JS-6

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>     Plaintiff,<br><br>  vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, a for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>     Defendants | Case No.: CV08-03702 PA (FFMx)<br><br>Assigned to the Hon. Percy Anderson<br><br>**[PROPOSED] ORDER FOR STIPULATION OF DISMISSAL** |

# ORDER

Pursuant to the Stipulation of Dismissal between Plaintiff CEDARS-SINAI MEDICAL CENTER and Defendant PRINCIPAL LIFE INSURANCE COMPANY, it is hereby ordered that this matter be dismissed with prejudice.

Dated: March 23, 2009                 By: _____

                                            Hon. Percy Anderson
                                            JUDGE, U.S. DISTRICT COURT
                                            FOR THE CENTRAL DISTRICT OF
                                            CALIFORNIA

proposed order (3)                    - 2 -    [PROPOSED] ORDER FOR STIPULATION OF
                                               DISMISSAL